[No. 15512.    In Bank.—June 15, 1894.]

R. C. BRODER et al., Petitioners, *v.* THE SUPE-
RIOR COURT OF MONO COUNTY and W. H.
VIRDEN, Judge, Respondent.

Trial—Interlocutory Judgment—Findings—Jurisdiction to Set Cause
—Prohibition—Remedy by Appeal.—The superior court has jurisdic-
tion to deny a motion to enter an interlocutory judgment upon findings
that have been filed, and to grant a motion of the defendants to fix a
day for the trial of the cause, and a writ of prohibition will not lie to
restrain the court from proceeding in such trial; but the plaintiffs have
a complete and perfect remedy by appeal from the judgment that may
be rendered therein.

Application for a writ of prohibition to the Superior
Court of Mono County.

The facts are stated in the opinion of the court.

*Richard J. Miner*, for Petitioners.

*P. Reddy*, and *W. H. Metson*, for Respondent.

Harrison, J.—This is an application for a writ of
prohibition, and is the counterpart of a proceeding
between the same parties, No. 15513, this day decided
(*ante*, p. 121).

At the same time that the superior court denied the
petitioners' motion to enter judgment upon the findings
that had been filed therein, it granted a motion of the
defendants, and fixed a day for the trial of the cause in
accordance with its previous order of May 13th.    There-
upon the plaintiffs made application here for a writ of
prohibition restraining the superior court from proceed-
ing in the trial of the cause.

That application must be denied, for the reason that
the order of the court was made in a cause then pending
before it in which it had jurisdiction over the subject
matter and the parties thereto, and which had not been
fully tried.    If the court committed any error in making
the order, or should commit any error in its further
proceedings during the trial of the cause, the plaintiffs

have a complete and perfect remedy by an appeal from the judgment that may be rendered therein.

The application for the writ is denied.

McFARLAND, J., GAROUTTE, J., and FITZGERALD, J., concurred.